UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CALIFORNIA DEPARTMENT OF INSURANCE, LIZA PEDROSA, DAVID AXELTON, and THERESA GALLAGHER,<br><br>　　　　Defendants. | Case No. 1:23-cv-00259-JLT-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2) |

　　Plaintiff proceeds in this civil action *pro se*. (Doc. No. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915. The Court will screen plaintiff's pro se complaint in due course before ordering service.

　　Accordingly, it is **ORDERED**:

　　Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

Dated: April 19, 2023

　　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE