UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHUN LAFRE GOODWIN,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CALIFORNIA DEPARTMENT OF INSURANCE, LIZA PEDROSA, DAVID AXELTON, and THERSEA GALLAGHER,<br><br>  Defendants. | Case No. 1:23-cv-00259-JLT-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 7) |

Plaintiff Duchun Lafre Goodwin is proceeding pro se and *in forma pauperis* in this civil action. (Docs. 3, 5.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2023, the magistrate judge filed findings and recommendations, recommending this action be dismissed because Plaintiff's purported amended complaint was deficient. Specifically, the magistrate judge recommended dismissal because the amended complaint was devoid of any parties or facts that would permit the Court to find that is has jurisdiction, failed to comply with Rule 8 of the Federal Rules of Civil Procedure, and failed to establish an arguable basis in law or fact and was therefore facially frivolous. (*Id*.)

The findings and recommendations were served on Plaintiff and contained a notice that objections were to be filed within fourteen days. (*Id*. at 7.) On June 20, 2023, the findings and

recommendations were returned as undeliverable. (*See* docket.) Plaintiff was afforded over sixty-three (63) days in accordance with Local Rule 183 to file a change of address and has failed to do so. (*See* docket.) Additionally, Plaintiff has failed to file any objections to the findings and recommendations and the time to do so has expired. (*See* docket).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations, filed on June 9, 2023 (Doc. 7) are **ADOPTED IN FULL**.

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   **August 22, 2023**

UNITED STATES DISTRICT JUDGE

2